## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 18-01460-LT7 |
| | § | |
| KT TECHNICAL SALES INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Stadtmueller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $6,495.02 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $18,504.98 | | |

3)       Total gross receipts of $25,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $80,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,364.98 | $18,904.98 | $18,504.98 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $121,231.00 | $45,128.73 | $45,128.73 | $6,495.02 |
| **Total Disbursements** | $201,231.00 | $64,493.71 | $64,033.71 | $25,000.00 |

4). This case was originally filed under chapter 7 on 03/14/2018. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2020                    By:   /s/ Ronald E. Stadtmueller
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement with Ken Thompson | 1249-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Premier Capital Funding | 4110-000 | $80,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $80,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Stadtmueller, Trustee | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Ronald E. Stadtmueller, Trustee | 2200-000 | NA | $112.50 | $112.50 | $12.50 |
| International Sureties, LTD | 2300-000 | NA | $2.28 | $2.28 | $2.28 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Franchise Tax Board | 2820-000 | NA | $1,614.00 | $1,614.00 | $1,614.00 |
| BRIAN A. KRETSCH, Attorney for Trustee | 3210-000 | NA | $10,430.00 | $10,185.00 | $10,185.00 |
| BRIAN A. KRETSCH, Attorney for Trustee | 3220-000 | NA | $347.60 | $347.60 | $347.60 |
| Alan Myers, Accountant for Trustee | 3410-000 | NA | $1,375.00 | $1,160.00 | $860.00 |
| R. Dean Johnson, Accountant for Trustee | 3410-000 | NA | $1,760.00 | $1,760.00 | $1,760.00 |
| Alan Myers, Accountant for Trustee | 3420-000 | NA | $131.40 | $131.40 | $131.40 |

| R. Dean Johnson, Accountant for Trustee | 3420-000 | NA | $342.20 | $342.20 | $342.20 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,364.98 | $18,904.98 | $18,504.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 7100-000 | $0.00 | $3,897.08 | $3,897.08 | $560.88 |
| 2 | Atlas Acquisitions LLC | 7100-000 | $41,231.00 | $41,231.65 | $41,231.65 | $5,934.14 |
| | MCA Recovery LLC | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| | Yellowstone Capital | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $121,231.00 | $45,128.73 | $45,128.73 | $6,495.02 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-01460-LT7 | | **Trustee Name:** | Ronald E. Stadtmueller |
| **Case Name:** | KT TECHNICAL SALES INC. | | **Date Filed (f) or Converted (c):** | 03/14/2018 (f) |
| **For the Period Ending:** | 11/3/2020 | | **§341(a) Meeting Date:** | 04/12/2018 |
| | | | **Claims Bar Date:** | 01/02/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Opus Bank Checking Acct. 4242 | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Settlement with Ken Thompson **(u)** | $0.00 | $25,000.00 | | $25,000.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
| | $20.00 | $25,000.00 | | $25,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/07/2020 | final distribution checks cut |
| 07/01/2020 | fee app filed |
| 06/05/2020 | Discussed with Alan Myers getting employed as accountant to finish case up. |
| 06/04/2020 | returned call of Ken Thompson 760-587-9099.  he is sending in the final payment in full |
| 05/22/2020 | noted D Johnsons fee app |
| 04/04/2020 | TRUSTEE COLLECTING SETTLEMENT PAYMENTS FROM KEN THOMPSON ON PREFERENTIAL/FRAUDULENT TRANSFER CLAIM |
| 01/31/2020 | paid annual FTB tax |
| 09/10/2019 | Order re NOIA re settlement |
| 09/03/2019 | meet with Dean Johnson |
| 04/27/2019 | 341 PENDING |
| 02/09/2019 | 341 PENDING |
| 01/14/2019 | personal 13 con't to 2-2-19 @11am |
| 10/08/2018 | filed stip to extend 546 deadline |
| 10/03/2018 | set bar date |
| 10/01/2018 | filed POC in Mr. Thompsons personal Chapter 13 18-04346 |
| 03/28/2018 | noted debtor counsels change |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | /s/ RONALD E. STADTMUELLER |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2021 | RONALD E. STADTMUELLER |

Page No: 1

## FORM 2

Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-01460-LT7 | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|
| Case Name: | KT TECHNICAL SALES INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3621 | | Checking Acct #: | ******1460 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/14/2018 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 11/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/12/2019 | (2) | Ken Thompson | payment on settlement | 1249-000 | $1,250.00 | | $1,250.00 |
| 09/03/2019 | 3001 | Franchise Tax Board | 2019 Form 100-ES #3395660 | 2820-000 | | $814.00 | $436.00 |
| 09/17/2019 | (2) | Ken M Thompson | 2nd payment | 1249-000 | $1,250.00 | | $1,686.00 |
| 10/16/2019 | (2) | Ken Thompson | payment on settlement | 1249-000 | $1,250.00 | | $2,936.00 |
| 11/18/2019 | (2) | Ken Thompson | pyment on settlement | 1249-000 | $1,250.00 | | $4,186.00 |
| 11/26/2019 | 3002 | International Sureties, LTD | Bond Payment | 2300-000 | | $2.28 | $4,183.72 |
| 12/16/2019 | (2) | Ken Thompson | payment per order | 1249-000 | $1,250.00 | | $5,433.72 |
| 01/16/2020 | (2) | Ken thompson | payment on settlement | 1249-000 | $1,250.00 | | $6,683.72 |
| 01/31/2020 | 3003 | Franchise Tax Board | 2020 Form 100-ES #3395660 | 2820-000 | | $800.00 | $5,883.72 |
| 02/18/2020 | (2) | Ken Thompson | payment per stip | 1249-000 | $1,250.00 | | $7,133.72 |
| 03/16/2020 | (2) | Ken Thompson | payment on settlement | 1249-000 | $5,000.00 | | $12,133.72 |
| 04/15/2020 | (2) | Ken Thompson | payment on settlement | 1249-000 | $1,250.00 | | $13,383.72 |
| 05/08/2020 | (2) | Ken thompson | payment on settlement | 1249-000 | $1,250.00 | | $14,633.72 |
| 06/05/2020 | (2) | Ken Thompson | final payment on settlement | 1249-000 | $8,750.00 | | $23,383.72 |
| 07/06/2020 | 3004 | R. Dean Johnson | fees and costs order #86 | * | | $2,102.20 | $21,281.52 |
| | | | R. Dean Johnson                $(1,760.00) | 3410-000 | | | $21,281.52 |
| | | | R. Dean Johnson                $(342.20) | 3420-000 | | | $21,281.52 |
| 07/24/2020 | 3005 | Alan Myers | fees and expenses order #92 | * | | $991.40 | $20,290.12 |
| | | | Alan Myers                $(860.00) | 3410-000 | | | $20,290.12 |
| | | | Alan Myers                $(131.40) | 3420-000 | | | $20,290.12 |
| 07/24/2020 | 3006 | BRIAN A. KRETSCH | fees and expenses per order #91 | * | | $10,532.60 | $9,757.52 |
| | | | BRIAN A. KRETSCH                $(10,185.00) | 3210-000 | | | $9,757.52 |
| | | | BRIAN A. KRETSCH                $(347.60) | 3220-000 | | | $9,757.52 |
| 07/28/2020 | 3007 | Ronald E. Stadtmueller | fees and expenses #95 | * | | $3,262.50 | $6,495.02 |
| | | | Ronald E. Stadtmueller                $(3,250.00) | 2100-000 | | | $6,495.02 |
| | | | Ronald E. Stadtmueller                $(12.50) | 2200-000 | | | $6,495.02 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.83 | $6,485.19 |
| 09/28/2020 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($9.83) | $6,495.02 |
| 10/07/2020 | 3008 | T Mobile/T-Mobile USA Inc | Account Number: ; Claim #: 1; Dividend: 8.63; Distribution Dividend: 14.39; Amount Allowed: 3,897.08; Amount Claimed: 3,897.08; | 7100-000 | | $560.88 | $5,934.14 |
| 10/07/2020 | 3009 | Atlas Acquisitions LLC | Account Number: ; Claim #: 2; Dividend: 91.36; Distribution Dividend: 14.39; Amount Allowed: 41,231.65; Amount Claimed: 41,231.65; | 7100-000 | | $5,934.14 | $0.00 |
| | | | SUBTOTALS | | $25,000.00 | $25,000.00 | |

Page No: 2

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 18-01460-LT7 | |
| **Case Name:** | KT TECHNICAL SALES INC. | |
| **Primary Taxpayer ID #:** | **-***3621 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/14/2018 | |
| **For Period Ending:** | 11/3/2020 | |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Stadtmueller |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1460 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $6,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,000.00 | $25,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,000.00 | $25,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $25,000.00 | $25,000.00 | |

**For the period of  3/14/2018 to 11/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $25,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 08/12/2019 to 11/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $25,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 3

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No. | 18-01460-LT7 |
| Case Name: | KT TECHNICAL SALES INC. |
| Primary Taxpayer ID #: | **-***3621 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/14/2018 |
| For Period Ending: | 11/3/2020 |

| | |
|---|---|
| Trustee Name: | Ronald E. Stadtmueller |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1460 |
| Account Title: | |
| Blanket bond (per case limit): | $6,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $25,000.00 | $25,000.00 | $0.00 |

**For the period of 3/14/2018 to 11/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/14/2018 to 11/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. STADTMUELLER

RONALD E. STADTMUELLER